UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. ANTHONY MEDICAL CENTERS,<br><br>            Plaintiff,<br><br>     v.<br><br>KENT, et al.,<br><br>            Defendants. | No.  2:15-cv-01926-KJM-DAD<br><br><br><br>ORDER |

On September 11, 2015, the court issued a standing order.  ECF No. 3-1.  In the order, the parties were directed to engage in a meet and confer prior to filing a motion.  *Id.* at 3. The meet and confer directive was designed to have the parties discuss thoroughly the substance of the contemplated motion and any potential resolution.  *Id.*  After meeting and conferring, if a party still desired to file a motion, that party was directed to file a notice of motion containing "a certification by counsel filing the motion that meet and confer efforts have been exhausted, with a brief summary of meet and confer efforts."  *Id.*

On October 21, 2015, defendants filed a motion to dismiss plaintiff's complaint. ECF No. 10.  Defendants' counsel, however, failed to file a notice of motion containing a certification indicating that meet and confer efforts have been exhausted.  Thus, defendants' counsel did not comply with the court's standing order.

1

1    Accordingly, defendants' counsel are hereby ORDERED, within seven (7) days of
2 entry of this order, to show cause why they should not be sanctioned in the amount of $250 for
3 their failure to comply with this court's order.  Alternatively, defendants' counsel are ORDERED
4 to meet and confer with plaintiff's counsel prior to the due date of the reply to defendants' motion
5 to dismiss.  Additionally, defendants' counsel should file a notice certifying the meet and confer,
6 with a report on any narrowing of issues resulting from the meet and confer.  If the parties meet
7 and confer, the possibility of a sanction will be abated.
8    IT IS SO ORDERED.
9  DATED:  November 3, 2015.

_____
UNITED STATES DISTRICT JUDGE