HANSON BRIDGETT LLP
KATHRYN E. DOI, SBN 121979
kdoi@hansonbridgett.com
LANDON D. BAILEY, SBN 240236
lbailey@hansonbridgett.com
500 Capitol Mall, Suite 1500
Sacramento, California 95814
Telephone:   (916) 442-3333
Facsimile:    (916) 442-2348

Attorneys for Plaintiff ST. ANTHONY MEDICAL CENTERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. ANTHONY MEDICAL CENTERS,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JENNIFER KENT, Director of the State of California Department of Health Care Services, and the STATE OF CALIFORNIA DEPARTMENT OF HEALTH SERVICES,<br><br>　　　　　Defendants. | CASE NO. 2:15−CV−01926−KJM−DAD<br><br>**STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND EXTEND DEADLINES TO COMPLY WITH RULE 26 CONFERENCE AND DISCLOSURE REQUIREMENTS; ORDER**<br><br>Action Filed:　　September 11, 2015 |

　　　Plaintiff ST. ANTHONY MEDICAL CENTERS ("Plaintiff") and Defendants CALIFORNIA DEPARTMENT OF HEALTH SERVICES and JENNIFER KENT in her capacity as Director of the California Department of Health Services ("Defendants") (collectively the "Parties") hereby agree and stipulate as follows:

## RECITALS

　　　WHEREAS on September 11, 2015, Plaintiff initiated this action by filing a Complaint for Declaratory and Injunctive Relief;

///

///

12061188.1

-1-　　　　2:15−CV−01926−KJM−DAD
STIPULATION TO CONTINUE STATUS (PRETRIAL SCHEDULING) CONFERENCE AND EXTEND DEADLINES TO COMPLY WITH RULE 26 CONFERENCE AND DISCLOSURE REQUIREMENTS; ORDER

WHEREAS on October 21, 2015, Defendants filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6) and a related Notice of Motion setting the Motion to Dismiss for hearing on November 20, 2015;

WHEREAS on December 10, 2015, this Court reset hearing on Defendants' Motion to Dismiss for January 29, 2016, and also reset the date for the Status (Pretrial Scheduling) Conference for April 14, 2016;

WHEREAS on March 2, 2016, the Court granted Defendants' Motion to Dismiss with leave to amend and file a First Amended Complaint by March 16, 2016;

WHEREAS on March 16, 2016, Plaintiff filed a First Amended Complaint;

WHEREAS Defendants intend to file a Motion to Dismiss the First Amended Complaint; and

WHEREAS the Parties agree that the interests of judicial economy would be best served by postponing the Status (Pretrial Scheduling) Conference presently scheduled for April 14, 2016 and extending pending deadlines to comply with various conference and disclosure requirements pursuant to Federal Rule of Civil Procedure 26 until after the forthcoming Motion to Dismiss is resolved;

It is therefore stipulated and agreed by Plaintiff and Defendants, subject to approval of this Court, as follows:

**STIPULATION**

1.  The Parties' deadline to meet and confer pursuant to Federal Rule of Civil Procedure 26(f) shall be extended to seven (7) days after the Court issues its Order on Defendants' Motion to Dismiss;

2.  The Parties' deadline to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a), and to submit a joint Discovery Plan pursuant to Federal Rule of Civil Procedure 26(f)(2), shall be extended to fourteen (14) days after the Court issues its Order on Defendants' Motion to Dismiss; and

///

3. The Status (Pretrial Scheduling) Conference presently scheduled for April 14, 2016 shall be vacated and rescheduled to a date thereafter as determined by the Court.

DATED: March 28, 2016                HANSON BRIDGETT LLP

By:   /s/ *Landon D. Bailey*
      KATHRYN E. DOI
      LANDON D. BAILEY
      Attorneys for Plaintiff
      ST. ANTHONY MEDICAL CENTERS

DATED: March 28, 2016                OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA

By:   /s/ *Karli Eisenberg*
      KAMALA D. HARRIS
      NIROMI W. PFEIFFER
      KARLI EISENBERG
      Attorneys for Defendants
      JENNIFER KENT; STATE OF CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

**ORDER**

In compliance with Fed. R. Civ. Pro. 16(b)(2), the court must issue a scheduling order "as soon as practicable" unless the judge finds good cause for delay. Here, the main issue regarding plaintiff's complaint is whether its claims are time barred by the applicable statute of limitations. *See generally* Order, ECF No. 22. That the court may not have jurisdiction to hear the case constitutes "good cause" for purposes of Rule 16(b)(2). Accordingly, the deadline for the Status (Pretrial Scheduling) Conference is continued to August 18, 2016. All other dates will be determined at the Status Conference.

IT IS SO ORDERED.

DATED: April 12, 2016

_____
UNITED STATES DISTRICT JUDGE